FRANCES TRAMONTANA, Respondent, v. JOSEPH TRAMONTANA, Appellant.— Order granting plaintiff's motion for alimony and counsel fee modified by reducing the alimony to twenty dollars a week, and as so modified affirmed, without costs.

Order on defendant's motion addressed to the form of the complaint, in so far as it declines to make the complaint more definite and certain and to strike out paragraph " second," affirmed, with ten dollars costs and disbursements. Appeal from order denying motion for reargument dismissed. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.